United States District Court
Northern District of California

1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7   CALIFORNIA COUNCIL OF THE BLIND, et al.,

Case No. 19-cv-03935-SK

Plaintiffs,

**ORDER TO SHOW CAUSE REGARDING FAILURE TO PROSECUTE**

v.

CINEMA WEST, LLC, et al.,

Regarding Docket Nos. 4, 20

Defendants.

Plaintiffs filed this action on July 9, 2019.  Pursuant to the scheduling order entered on July 10, 2019 and the Order Granting the Stipulation to Extend Deadline to Hold Mediation, the last day for Plaintiffs to file a motion for administrative relief requesting a case management conference was April 27, 2020 at the latest.  (Dkt. Nos. 4, 20.)  To date, Plaintiffs have not yet done so.  Accordingly, Plaintiffs are HEREBY ORDERED to Show Cause in writing by no later than June 2, 2020 why this case should not be dismissed for failure to prosecute.  Plaintiffs are admonished that if they do not file a response by this deadline, the Court will dismiss the action without prejudice.

**IT IS SO ORDERED**.

Dated: May 21, 2020



_____
SALLIE KIM
United States Magistrate Judge