MARK D. PETERS (sbn110981)
Peters & Peters
645 Fourth Street, Suite 213
Santa Rosa, CA 95404
(707) 545-9250

Attorney for Defendants
CINEMA WEST, LLC and
PALLADIO CINEMAS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA COUNCIL OF THE BLIND, ALICE "MARGIE" DONOVAN, ROGER OBERHOLZER and SHANNON DILLON,<br><br>    Plaintiffs,<br><br>    v.<br><br>CINEMA WEST, LLC and PALLADIO CINEMAS, LLC,<br><br>    Defendants.<br>_____/ | Civil Action Number C-19-3935 SK<br><br>DEFENDANTS' DECLARATION OF MARK D. PETERS IN OPPOSITION TO PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF<br><br>Judge: Honorable Sallie Kim<br><br>Trial: None |

I, Mark D. Peters, declare as follows:

1. I am an attorney at law, licensed to practice before all the Courts of the State of California and this honorable Court, and am counsel of record for Defendants Cinema West, LLC and Palladio Cinemas, LLC, in the above-captioned matter.

2. Without going into detail as to their conduct of the matter, Defendants oppose Plaintiffs' request that they be allowed to proceed with discovery without first

participating in good faith in a formal Mediation with the Mediator appointed by the Court. Suffice it to say that Defendants have been unable (until very recently) to obtain from Plaintiffs' counsel any monetary demand for settlement of the matter, despite repeatedly requesting one and hosting the Court-ordered in-person settlement meeting.  Defendants contend that Plaintiffs did not participate in good faith in that settlement meeting.  From the size of the demand recently made on behalf of Plaintiffs, it would appear that Plaintiffs' counsel have avoided any discussion of monetary settlement demands in order to increase the size of the attorneys' fees incurred until it now dwarfs the underlying claims of the Plaintiffs.

       3. It is respectfully requested on behalf of Defendants Cinema West, LLC, and Palladio Cinemas, LLC, that the Court not allow Plaintiffs to conduct any discovery in the matter until they have participated in good faith in a Mediation with the Court-appointed Mediator.

       I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge, that if called as a witness I could and would so competently testify thereto, and that this Declaration was executed by me on June 2, 2020, at Santa Rosa, California.

/s/
Mark D. Peters
Attorney for Defendants

PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of SONOMA. I am over the age of 18 years and not a party to the within above-entitled action. My business address is 645 Fourth St., Suite 213, Santa Rosa, California 95404. On the below mentioned date, I served the DECLARATION OF MARK D. PETERS IN OPPOSITION TO MOTION FOR ADMINISTRATIVE RELIEF on the attorneys of record in said action by electronically filing those documents with the Court and requesting service upon Counsel and by placing a true copy thereof in the United States mail, Santa Rosa, California, addressed as follows:

Mr. Ernest Galvan
Mr. Michael S. Nunez
Rosen Bien Galvan & Grunfeld, LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105-1738

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 2, 2020

/s/
Mark D. Peters