ERNEST GALVAN – 196065
MICHAEL S. NUNEZ – 280535
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:  egalvan@rbgg.com
        mnunez@rbgg.com

REBECCA WILLIFORD – 269977
MICHELLE IORIO – 298252
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone:  (510) 665-8644
Facsimile:  (510) 665-8511
Email:  rwilliford@dralegal.org
        miorio@dralegal.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA COUNCIL OF THE BLIND; ALICE "MARGIE" DONOVAN; ROGER OBERHOLZER; and SHANNON DILLON,<br><br>Plaintiffs,<br><br>v.<br><br>CINEMA WEST, LLC; and PALLADIO CINEMAS, LLC,<br><br>Defendants. | Case No. 3:19-cv-03935-SK<br><br>**PLAINTIFFS' REQUEST FOR THE COURT TO FASHION AN ALTERNATIVE PROCEDURE REGARDING DISCOVERY DISPUTE**<br><br>Judge:   Sallie Kim<br><br>Action Filed:  July 9, 2019<br>Trial Date:   December 14, 2021 |

1  Plaintiffs the California Council of the Blind, Alice "Margie" Donovan, Roger
2 Oberholzer, and Shannon Dillon ("Plaintiffs") submit this written request pursuant to the
3 Court's July 11, 2019 Standing Order ("Standing Order") at page 4 lines 8-16[1], asking the
4 Court to fashion an alternate procedure resolving the Parties' discovery dispute because
5 Defendants Cinema West, LLC and Palladio Cinemas, LLC ("Defendants") are not able to
6 provide their portion of a joint letter which is due to the Court today, five business days
7 from the completion of the meet and confer.  Plaintiffs request that the Court accept
8 Plaintiffs' section of the proposed joint letter, provided here as **Exhibit A** to the
9 Declaration of Michael Nunez, and direct Defendants to file any response as soon as
10 possible.

11  On March 26, 2021, the Parties met and conferred to discuss Plaintiffs' need for a
12 site inspection and a subsequent modest extension of litigation deadlines. The Parties were
13 unable to resolve the issue and agreed to seek intervention from the Court by submitting a
14 letter to the Court pursuant to the Court's Standing Order.  Declaration of Michael
15 Nunez ¶ 2. Plaintiffs provided their draft of a joint letter to Defendants on March 29, 2021.
16 *Id.* ¶ 3.  The parties initially believed that April 5 was the deadline for the joint letter.
17 Plaintiffs' counsel, however, informed Defendants' counsel on April 1 that the deadline
18 was April 2, five business days from the meet and confer, as provided by this Court's
19 Standing Order at page 4.  *Id.* ¶ 4.  Defendants' counsel informed Plaintiffs' counsel this
20 afternoon that they will not be able to provide their part of a joint letter, but instead will
21 file their response separately.  *Id.* ¶ 4.
22 //
23 //
24 //
25 //

---

[1] https://www.cand.uscourts.gov/wp-content/uploads/judges/kim-sk/SK-Standing-Order-General.pdf

1    Case No. 3:19-cv-03935-SK
PLAINTIFFS' REQUEST FOR THE COURT TO FASHION AN ALTERNATIVE PROCEDURE
REGARDING DISCOVERY DISPUTE

1  Plaintiffs therefore respectfully request that the Court accept Plaintiffs' section of
2 the proposed joint letter, and direct the Defendants to file any response as soon as possible.
3 Plaintiffs' section of the Joint Letter is provided as part of **Exhibit A** to the Nunez
4 Declaration.

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED: April 2, 2021 | ROSEN BIEN GALVAN & GRUNFELD LLP |
|   | By:  /s/ Michael S. Nunez |
|   |       Michael S. Nunez |
|   | Attorneys for Plaintiffs |