ERNEST GALVAN – 196065
MICHAEL S. NUNEZ – 280535
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: egalvan@rbgg.com
mnunez@rbgg.com

REBECCA WILLIFORD – 269977
MICHELLE IORIO – 298252
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
Email: rwilliford@dralegal.org
miorio@dralegal.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA COUNCIL OF THE BLIND; ALICE "MARGIE" DONOVAN; ROGER OBERHOLZER; and SHANNON DILLON,<br><br>Plaintiffs,<br><br>v.<br><br>CINEMA WEST, LLC; and PALLADIO CINEMAS, LLC,<br><br>Defendants. | Case No. 3:19-cv-03935-SK<br><br>**DECLARATION OF MICHAEL S. NUNEZ IN SUPPORT PLAINTIFFS' REQUEST FOR THE COURT TO FASHION AN ALTERNATIVE PROCEDURE REGARDING DISCOVERY DISPUTE**<br><br>Judge: Sallie Kim<br><br>Action Filed: July 9, 2019<br>Trial Date: December 14, 2021 |

DECLARATION OF MICHAEL S. NUNEZ

I, Michael S. Nunez, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. .

2. On Friday March 26, 2021, the parties met and conferred by phone regarding an in-person site inspection and to extend the litigation deadlines. The parties did not reach an agreement, and agreed to prepare a joint letter for filing on April 5, 2021 or shortly thereafter.

3. On Monday March 29, 2021, we sent our part of the joint letter to Defendant's counsel, a true and correct copy of which is attached as **Exhibit A**.

4. On Thursday April 1, 2021, I observed that under the Standing Order, the joint letter would be due on April 2. I emailed Defendants' counsel to ask for their section by April 2. Defendants' counsel replied today that it would not be possible for Defendants' to provide their section today. I replied by email suggesting that we file on April 5 to allow it to be joint. Defendants' counsel replied that they intended to file a separate statement.

5. I have not attached the emails to this declaration because of the Standing Order's seven-page limit for the declaration and exhibits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 2nd day of April, 2021.

  /s/ Michael Nunez
  Michael S. Nunez