ERNEST GALVAN – 196065
MICHAEL S. NUNEZ – 280535
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: egalvan@rbgg.com
mnunez@rbgg.com

REBECCA WILLIFORD – 269977
MICHELLE IORIO – 298252
EMILY SEELENFREUND – 804482, Registered Legal Services Attorney
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
Email: rwilliford@dralegal.org
miorio@dralegal.org
eseelenfreund@dralegal.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA COUNCIL OF THE BLIND; ALICE "MARGIE" DONOVAN; ROGER OBERHOLZER; and SHANNON DILLON,<br><br>Plaintiffs,<br><br>v.<br><br>CINEMA WEST, LLC; and PALLADIO CINEMAS, LLC,<br><br>Defendants. | Case No. 3:19-cv-03935-SK<br><br>**STIPULATION OF DISMISSAL OF CASE**<br><br>Judge: Sallie Kim<br>Trial Date: February 14, 2022<br>Action Filed: July 9, 2019 |

[3755217.1]

WHEREAS, Plaintiffs, represented by Disability Rights Advocates and Rosen Bien Galvan and Grunfeld LLP (collectively, "Plaintiffs' Counsel"), filed a lawsuit styled *California Council Of The Blind; Alice "Margie" Donovan; Roger Oberholzer; and Shannon Dillon v. Cinema West LLC and Palladio Cinemas, LLC*, Case No. 3:19-cv-03935-SK, in the United States District Court for the Northern District of California on July 9, 2019 (the "Lawsuit").

WHEREAS, on June 17, 2021, the parties entered into a settlement of the Plaintiffs' claims.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, contingent on this Court retaining jurisdiction as set forth below, as follows:

1. All of Plaintiffs' claims against Defendants in the Lawsuit are hereby dismissed, with prejudice.

2. The parties respectfully request the United States District Court for the Northern District of California, Magistrate Judge Sallie Kim, retain jurisdiction over this case for a term of one year from the Effective Date of the Agreement—through June 17, 2022—to enforce the terms of the Agreement. Should Judge Kim become unavailable during the term of the Agreement, the parties shall request that another judge or magistrate judge be assigned authority over this matter.

IT IS SO STIPULATED.

DATED: June 29, 2021              Respectfully submitted,

                                  ROSEN BIEN GALVAN & GRUNFELD LLP

                                  By: */s/ Michael S. Nunez*
                                      Michael S. Nunez

                                  Attorneys for Plaintiffs

1  DATED: June 29, 2021         Respectfully submitted,

                                PETERS & PETERS


                                By:  /s/ Mark D. Peters
                                     Mark D. Peters

                                Attorney for Defendants



## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i), I Michael Nunez, attest that concurrence in the filing of this document has been obtained.


DATED: June 29, 2021            Respectfully submitted,

                                ROSEN BIEN GALVAN & GRUNFELD LLP


                                By:  /s/ Michael S. Nunez
                                     Michael S. Nunez

                                Attorneys for Plaintiffs