UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA COUNCIL OF THE BLIND; ALICE "MARGIE" DONOVAN; ROGER OBERHOLZER; and SHANNON DILLON,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CINEMA WEST, LLC; and PALLADIO CINEMAS, LLC,<br><br>　　　　　Defendants. | Case No. 3:19-cv-03935-SK<br><br>**ORDER GRANTING STIPULATED REQUEST TO DISMISS CASE**<br><br>Judge:　Sallie Kim<br><br>Trial Date:　　February 14, 2022<br><br>Action Filed:　　July 9, 2019 |

Pursuant to the parties' Stipulation of Dismissal of Case and the parties' representations to the Court concerning settlement NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. All of Plaintiffs' claims are hereby dismissed, with prejudice.
2. The First Amended Complaint is hereby dismissed.
3. This Court retains jurisdiction over this case through June 17, 2022 to enforce the terms of the Agreement. Should this Court become unavailable during the term of the Agreement, the parties shall request that another judge or magistrate judge be assigned authority over this matter.

IT IS SO ORDERED.

DATED: June 29, 2021

*Sallie Kim*
Sallie Kim
United States Magistrate Judge